**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**EMPLOYERS INSURANCE COMPANY**
**OF WAUSAU,**

    **Plaintiff,**

v.                                              **Case No.  8:07-cv-1099-T-30EAJ**

**NATIONAL UNION FIRE INSURANCE**
**COMPANY OF PITTSBURGH,**
**PENNSYLVANIA, et al.,**

    **Defendants.**
_____/

## ORDER

THIS CAUSE comes before the Court upon Plaintiff's Proposed Bill of Costs (Dkt. #62). Judgment (Dkt. #58) was entered against Defendants and in favor of Plaintiff on April 18, 2008. Plaintiff now seeks costs in the amount of $578.50. The Court concludes that Plaintiff is entitled to recover all costs contained in its Proposed Bill of Costs.

It is therefore ORDERED AND ADJUDGED that:

1. Plaintiff's Proposed Bill of Costs (Dkt. #62) is **GRANTED**.

2. The Clerk is directed to enter a **BILL OF COSTS** against Defendants and in favor of Plaintiff in the amount of **$578.50** for taxable costs.

**DONE** and **ORDERED** in Tampa, Florida on June 17, 2008.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2007\07-cv-1099.bill of costs 59.wpd