UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**EMPLOYERS INSURANCE COMPANY OF WAUSAU,**

    Plaintiff,

v.           Case No. 8:07-cv-1099-T-30EAJ

**NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PENNSYLVANIA, et al.,**

    Defendants.
_____/

## ORDER

THIS CAUSE comes before the Court upon Defendants' Joint Unopposed Motion for Relief From Judgment by Vacatur Based on Settlement Contingent on Vacatur (Dkt. #82). The Court, having considered the motion, memorandum in support, and being otherwise advised in the premises, concludes that Defendants' motion should be granted.

It is therefore ORDERED AND ADJUDGED that:

1. Defendants' Joint Unopposed Motion for Relief From Judgment by Vacatur Based on Settlement Contingent on Vacatur (Dkt. #82) is **GRANTED**.

2. This Court **CERTIFIES** that Defendants' unopposed motion for relief from judgment in light of settlement agreement contingent upon such vacatur will be granted if this case is remanded.

**DONE** and **ORDERED** in Tampa, Florida on September 2, 2008.

                                              JAMES S. MOODY, JR.
                                              UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2007\07-cv-1099.joint mt for vacatur 82.wpd