## UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**EMPLOYERS INSURANCE COMPANY
OF WAUSAU,**

    Plaintiff,

v.                              Case No.  8:07-cv-1099-T-30EAJ

**NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH,
PENNSYLVANIA and UNDERWRITERS
AT LLOYD'S LONDON,**

    Defendants.
_____/

## **ORDER**

THIS CAUSE comes before the Court upon the Joint Motion for Relief from Judgment by Vacatur Based on Settlement Contingent on Vacatur (Dkt. #82), Order (Dkt. #83) granting joint motion and certifying vacatur in light of a settlement agreement between all parties, and the Order of Remand (Dkt. #85) dated October 17, 2008, from the United States Court of Appeals for the Eleventh Circuit (Appellate Case No. 08-12885-BB).

It is therefore ORDERED AND ADJUDGED that:

1. The following orders and judgment entered by this Court are hereby **VACATED**:

   A. Order (Dkt. #57) entered on April, 18, 2008,

   B. Judgment (Dkt. #58) entered on April 18, 2008,

   C. Order (Dkt. #72) entered on June 17, 2008, and

    D. Order (Dkt. #73) entered on June 17, 2008.

2. The Clerk is directed to terminate any pending motions and to **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida on October 27, 2008.

*[signature]*

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2007\07-cv-1099.remand & vacatur based on settlement 85.wpd